(134 So. 672)

## George COURSEY v. CITY OF ANDALUSIA.

### 4 Div. 567.

Supreme Court of Alabama.

May 14, 1931.

A. Whaley, of Andalusia, for petitioner.
Marcus J. Fletcher, of Andalusia, for respondent.

PER CURIAM.

Petition of George Coursey for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Coursey v. City of Andalusia, 134 So. 671.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.